UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN TRIPODI,

      Plaintiff,

v.

LUKE MARCH and
RACHEL MARIE GUERRERO,

      Defendants.

Case No. 2:25-cv-13059
District Judge Jonathan J.C. Grey

| STEPHEN TRIPODI | SIMEN, FIGURA & PARKER PLC |
|---|---|
| Plaintiff Pro Se | MICHAEL J. GILDNER (P49732) |
| 838 Glade Dr. | 5206 Gateway Centre, Ste 200 |
| Prescott, AZ 86301 | Flint, MI 48507 |
| 928/350-7445 | 810/235-9000 |
| sctripodi@yahoo.com | mgildner@sfplaw.com |

## PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND MOTION TO COMPEL DISCOVERY FROM THE DEFENDANT

**NOW COMES** Plaintiff Pro Se Stephen Tripodi and moves this Court for

an Order reopening Discovery in this matter.  The Plaintiff further requests an

Order compelling discovery from the Defendant that has not been responded to.

The Defendant was unable to respond timely. The accompanying brief is in

support.

Dated: June 25, 2026

      S/ Stephen Tripodi
      Plaintiff Pro Se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN TRIPODI,

      Plaintiff,                    Case No. 2:25-cv-13059

                                      Honorable Jonathan J.C. Grey

      v.

LUKE MARCH and
RACHEL MARIE GUERRERO,

      Defendants.

| STEPHEN TRIPODI | SIMEN, FIGURA & PARKER PLC |
|---|---|
| Plaintiff Pro Se | MICHAEL J. GILDNER (P49732) |
| 838 Glade Dr. | 5206 Gateway Centre, Ste 200 |
| Prescott, AZ 86301 | Flint, MI 48507 |
| 928/350-7445 | 810/235-9000 |
| sctripodi@yahoo.com | mgildner@sfplaw.com |

## PLAINTIFF'S BRIEF IN SUPPORT OF ITS MOTION TO REOPEN DISCOVERY AND MOTION TO COMPEL DISCOVERY

1. FRCP Rule 16(b)(4) Modifying a Schedule. A schedule may be modified only for good cause and with the judge's consent.

2. The refusal of defendants to provide any timely discovery responses, this Court's order vacating the assignment and orders of District Judge David M. Lawson and Magistrate Judge Kimberly G. Altman prior to discovery cut off, and the discovery that Defendant Luke March's actions in this

2

matter were premeditated and criminal, show good cause to reopen discovery in this matter for no less than 90 days.

3. The Plaintiff emailed with defense counsel Gildner on or about January 8, 2026, in regards to the required scheduling plan that was later produced and filed by the Plaintiff. Mr. Gildner gave his consent for the Plaintiff to sign for Gildner and filed the same with the Court. On January 9, 2026, the Court issued its scheduling plan for this matter prompting a phone call between the Plaintiff and Mr. Gildner as required. The plan gave a May 8, 2026, cut off for discovery and June 8, 2026, for dispositive motions. No other dates were assigned.

4. During such conversation, Mr. Gildner informed Plaintiff that his client MARCH was broke but will testify against his alumni KETTERING University who assisted Defendants in the trespass and destruction of the Plaintiff's property on October 1, 2022.

5. The Plaintiff then requested routine discovery for MARCH to clarify his position and willingness to cooperate. Instead, Mr. Gildner responded by refusing to provide any relevant information and denied or refused all requests. This was not the response of a defendant willing to cooperate. A second request was sent to defense counsel on April 14, 2026, in a good faith in an attempt to avoid compelling such but got no response.

6. Mr. Gildner then motioned the court to compel on March 26, 2026, ECF 18, without any attempts to provide follow-up answers and/or further information as required by local rule 7.1.

7. On April 24, 2026, the prior court granted in part the Defendant's Motion to compel.  The Plaintiff complied within a day of that order.

8. On May 18, 2026, an ORDER Vacating Pretrial Matters to Magistrate Judge. Signed by District Judge David M. Lawson. ECF 22.

9. On May 20, 2026, this matter was reassigned the Honorable Johnathan JC Grey. ECF 23.

10. On June 8, 2026, the Defendant filed for Summary. ECF 24, 25.

11. In preparing a response to Defendant's Motion for Summary, eyewitness Elizabeth Tyler further informed the Plaintiff that she had interacted with the Defendants several times.  Specifically, Defendant Luke March and his wife had spoken to Elizabeth Tyler about the Plaintiff's home and that Mr. March was well aware that Ms. Tyler was the housekeeper to the Plaintiff's home since 2002.  Ms. Tyler went on to see Mr. March the key to the Plaintiff's home that she wore on a chain around her neck.  Ms. Tyler's position and possession of Plaintiff's house key was well known to all the neighbors, including Defendant March.  Ms. Elizabeth Tyler's declaration is attached hereto as **Exhibit 1.**

12.  Defendant March, through counsel, has lied to this court in regards to claims of blithe and abandonment.  Mr. March knew the Plaintiff was the lawful owner and could have contacted him through Ms. Tyler at any time regarding the property.

13.  Defendant March admits in its discovery response, and is filed hereto as **Exhibit 2**, to contacting Kettering University for community clean-up. Such action was not done in good faith.  Defendant March knew of the Plaintiff and that the property had an active housekeeper that interacted with him repeatedly over the 6 years prior to the October 1, 2022, trespass at Plaintiff's home.

14.  The Plaintiff has owned the property since 2002, has never once seen Kettering University provide any benefit to the community, including lawn services!

15.  The Plaintiff second discovery request is dated April 14, 2026, and is in filed hereto as **Exhibit 3**.

WHEREFORE, the Plaintiff's Motions to Reopen Discovery and to Compel Discovery from the Defendant should be **granted in full**.

Dated: June 25, 2026

S/*Stephen Tripodi*
Plaintiff Pro Se

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of the filing to the counsel of record for all parties for civil action No. 2:25-cv-13059 and I hereby certify that there are no individuals entitled to notice who are non-ECF participants.  I hereby certify that on June 25, 2026, I also electronically transmitted the above document to the Defendant via defense counsel at mgildner@sfplaw.com.

S/Stephen Tripodi
Plaintiff Pro Se

# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN TRIPODI,

        Plaintiff,                             Case No. 2:25-cv-13059
                                            District Judge Jonathan J.C. Grey

        v.

LUKE MARCH and
RACHEL MARIE GUERRERO,

        Defendants.

| STEPHEN TRIPODI | SIMEN, FIGURA & PARKER PLC |
|---|---|
| Plaintiff Pro Se | MICHAEL J. GILDNER (P49732) |
| 838 Glade Dr. | 5206 Gateway Centre, Ste 200 |
| Prescott, AZ 86301 | Flint, MI 48507 |
| 928/350-7445 | 810/235-9000 |
| sctripodi@yahoo.com | mgildner@sfplaw.com |

## **DECLARATION OF ELIZABETH TYLER DOB 01/06/1959**

I, Elizabeth Tyler, of Flint, Michigan declare that on October 1, 2022, I witnessed Luke March and several other persons from Kettering University, the City of Flint, Michigan, and from General Motors, enter and destroy the Plaintiff's property at 718 Wolcott Street, Flint, Michigan 48504.

I have been the housekeeper for such property since 2002 and lived directly behind the property at 719 Prospect Street, Flint, Michigan 48503 from 2006 through 2024.  When I saw the trespass from my window, I ran over in shock.

On several occasions from 2016 through 2022, I interacted with Luke March and his family and guests.  Mr. March asked me dozens of times about the Plaintiff's properties at 718, 717, and 713 Wolcott Street, 48504. Each time I would show him and his friends the key to the house that I wore around my neck.  It was not uncommon for people to ask me if Mr. Tripodi wanted to sell the house or see inside as it was fully restored and a historical site.

A Mr. Johnny Knott owned the house next door at 722 Wolcott Street, 48504, and took care of all yard work, including tree trimming.  On the Friday, September 30, 2022, I witnessed the yard being cut at Mr. Tripodi's house and also Mr. Knott's.  There was no need or reason for Luke March and the others from Kettering, Flint, and General Motors to have entered and destroyed Mr. Tripodi's property.

Luke March and the others took off after a tress they cut in the back yard fell and hit the house tearing off the shingles, shattering windows and ruining the fence.  They trespassers used a Flint labeled back hoe to destroy the original historic driveway and then cut down and stole the 100 year old burning bush that Mr. Tripodi had labeled under study with multiple signs that said "DO NOT TOUCH."  Everyone in the neighborhood knew this; including Luke March.

Dated: June 20, 2026

*Elizabeth Tyler*
Elizabeth Tyler

9