UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEPHEN TRIPODI,

       Plaintiff,

-v-

LUKE MARCH and
RACHEL MARIE GUERRERO,

       Defendants.

CASE NO. 2:25-cv-13059
HON. KIMBERLY G. ALTMAN

| STEPHEN TRIPODI | SIMEN, FIGURA & PARKER, P.L.C. |
|---|---|
| Plaintiff, In Pro Per | BY:  MICHAEL J. GILDNER (P49732) |
| 838 Glade Dr. | Attorney for Defendants |
| Prescott, AZ 86301 | 5206 Gateway Centre, Ste 200 |
| (928) 350-7445 | Flint, MI 48507 |
| sctripodi@yahoo.com | (810) 235-9000 |
|  | mgildner@sfplaw.com |

## DEFENDANTS' RESPONSES TO PLAINTIFF'S
## REQUEST FOR PRODUCTION OF DOCUMENTS

1.    A list of all residents, occupants, and tenants of 705 Wolcott St., Flint, MI 48504 for the past ten years.

**RESPONSE:**    **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence. Without waiving that objection, there is no document responsive to it.**

2.    A copy of all gas, electric, water, and internet bills for the past 5 years of 705 Wolcott St., Flint, MI 48504.

**RESPONSE:**    **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

3.    Copies of all communications between the Defendants and Kettering University and all alumni for the past 5 years (email, text, written).

**RESPONSE:**  **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.  The request is also overbroad.**

4.  All communications with the city of Flint, MI for the past 10 years.

**RESPONSE:**  **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.  The request is also overbroad.**

5.  All tax returns and bank statements for all defendants for the past 5 years.

**RESPONSE:**  **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

6.  Copies of all tax payments for 705 Wolcott St. for the past 10 years.

**RESPONSE:**  **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

7.  Copies of all deeds for properties owned or leased by the defendants.

**RESPONSE:**  **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

8.  Copies of all business licenses and financial records for the defendants.

**RESPONSE:**  **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

9.  Copies of all revenue receipts for the past 5 years for all defendants.

**RESPONSE:**  **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

10.  Copies of any criminal records and work history of all defendants.

**RESPONSE:**  **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is**

**not likely to lead to the discovery of admissible evidence. Without waiving that objection, Defendants do not have any documents responsive to it.**

11. Copes of social services, grants, and all other considerations from 3rd parties received by all occupants of 705 Wolcott St., Flint 48504 for the past 10 years.

**RESPONSE:** **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

12. Copies of all social media accounts used by the defendants.

**RESPONSE:** **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

13. Copies of all vehicle records and registrations owned by all defendants for the past 10 years.

**RESPONSE:** **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

14. All surveillance video, photos, etc. of all defendants for 705 Wolcott St.

**RESPONSE:** **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

15. All medical records of the defendants and all occupants of 705 Wolcott St.

**RESPONSE:** **Objection, in that the request seeks information that it not relevant to the claims and defenses made in the lawsuit and is not likely to lead to the discovery of admissible evidence.**

SIMEN, FIGURA & PARKER, P.L.C.


BY: *Is/ Michael J. Gildner*
Michael J. Gildner (P49732)
Attorney for Defendants
5206 Gateway Centre, Suite 200
Flint, Michigan 48507
Date: February 17, 2026                    (810) 235-9000

THE ABOVE IS TRUE TO THE BEST OF OUR KNOWLEDGE, INFORMATION AND BELIEF.

Luke March w/ permission morgan

Luke March

Rachel Guerrero w/ permission morgan

Rachel Guerrero

## CERTIFICATE OF SERVICE

The undersigned says that on February 17, 2026, she has caused to be served a copy of Defendants' Responses to Plaintiff's Request for Production of Documents and this Certificate of Service via email upon Stephen Tripodi, Plaintiff Pro Se at sctripodi@yahoo.com.

I declare that the above statements are true and correct to the best of my knowledge, information and belief.

/s/ Kimberly Nadrowski